# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**v.**                              **No. 4:18-cr-394-DPM**

**ANTHONY LORNE JONES**                                         **DEFENDANT**

## ORDER

Motion, *Doc. 42*, granted.  The Indictment against Anthony Lorne Jones is dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 November 2020